# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>)<br>Eleuterio Medina-Sanchez, )<br>et al )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj8367<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06264298 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Lizett Munoz

DATED: 5/15/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by  J. Flores
       Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                                    ☆ U.S. GPO: 2003-581-774/70082