UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Eleuterio Medina-Sanchez, et al <br> Defendant(s) | CRIMINAL NO. 08mj8367 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 0696298 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Javier Baeza-Hernandez

DATED: 5/15/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
                Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                              ☆ U.S. GPO: 2003-581-774/70082