UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Eleuterio Medina-Sanchez, et al ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj8367 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06259298 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Ana Maria Soto-Esquivel

DATED: 5/16/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by  J. Flores
         Deputy Clerk